COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| COCKRELL INVESTMENT PARTNERS, L.P., | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | No. 08-21-00200-CV |
| | § | |
| MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, TY EDWARDS, In His Capacity as General Manager of the MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, FORT STOCKTON HOLDINGS, L.P., CITY OF MIDLAND, CITY OF SAN ANGELO, AND CITY OF ABILENE, | § § § § § | Appeal from the 83rd Judicial District Court of Pecos County, Texas (TC# P-8277-83-CV) |
| | § | |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

Before the Court is a joint motion of partial dismissal filed by Appellant, Cockrell Investment Partners, L.P., and Appellees, the Cities of Abilene, Midland, and San Angelo (collectively, the City Appellees), based on the parties' agreement. A memorialization of the agreement was filed with the Court on July 28, 2022. The agreement confirms that Appellant is

not challenging in this appeal the trial court's order[1] granting the City Appellees' pleas to the jurisdiction and dismissal. Appellant and the City Appellees request the appeal against the City Appellees be dismissed.

We grant the motion for partial dismissal and dismiss the appeal against the following Appellees: (1) the City of Abilene; (2) the City of Midland; and (3) the City of San Angelo. *See* TEX. R. APP. P. 42.1(b).

Appellant's appeal against Appellees Middle Pecos Groundwater Conservation District, Ty Edwards, in his capacity as General Manager of the Middle Pecos Groundwater Conservation District, and Fort Stockton Holdings, L.P. will remain pending but modified. The appeal will hereafter be styled *Cockrell Investment Partners, L.P., v. Middle Pecos Groundwater Conservation District, Ty Edwards, In His Capacity as General Manager of the Middle Pecos Groundwater Conservation District, and Fort Stockton Holdings, L.P.* Costs of the appeal will be assessed upon final disposition of the appeal.


GINA M. PALAFOX, Justice

August 29, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] The parties' memorialization of their agreement refers to the "January 8, 2020 Order." The trial court's order of that date grants the joint plea to the jurisdiction filed by the City of Abilene and the City of San Angelo, as well as the separate plea to the jurisdiction filed by the City of Midland. It appears from the record, however, that the order was mistakenly dated as signed on January 8, 2020, as opposed to January 8, 2021. The record shows the original petition and application for temporary injunction was not filed by Appellant Cockrell Investment Partners, L.P., until September 11, 2020, or months after the order date. On October 7, 2020, the City of Abilene and the City of San Angelo jointly filed a plea to the jurisdiction. The City of Midland followed suit by filing its own plea to the jurisdiction on November 2, 2020. The remaining three, non-city Appellees similarly filed their own pleas to the jurisdiction during this same time frame. The trial court held a hearing on the individual pleas to the jurisdiction on December 17, 2020. The signed order dated January 8, 2020, was file-stamped with the district clerk on January 11, 2021. A second order denying the remaining Appellees' pleas to the jurisdiction was entered on January 11, 2021, following the same December 17, 2020 hearing.